THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Karen Bennett, Appellant,
 v.
 South Carolina Department
 of Probation, Parole and Pardon Services, Respondent.
 
 
 

Appeal From Administrative Law Court
Deborah B. Durden, Administrative Law
 Judge
Unpublished Opinion No. 2010-UP-315
Submitted June 1, 2010  Filed June 16,
 2010    
Affirmed

 
 
 
 Tommy Arthur Thomas, of Irmo, for Appellant. 
 Tommy  Evans, Jr., of Columbia, for Respondent.
 
 
 

PER CURIAM: Karen
 Bennett appeals the South Carolina Parole Board's (the Board) denial of her
 parole, arguing the Board failed to comply with Cooper v. South Carolina Department of Probation,
 Parole and Pardon Services. 377 S.C.
 489, 661 S.E.2d 106 (2008).  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authority: Compton v.
 S.C. Dep't of Prob., Parole & Pardon Servs., 385 S.C. 476, 479, 685 S.E.2d 175, 179 (2009)
 (holding an order denying parole is sufficient under Cooper if it states
 the Board considered the statutory criteria in section 24-21-640 of the South
 Carolina Code (2007) and parole form 1212).  
Affirmed.
FEW, C.J., WILLIAMS, J., and CURETON, A.J., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.